Ben T. Welch (13397)
Aline Marie H. Longstaff (16089)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101
Telephone:  801.257.1900
Facsimile:  801.257.1800
Email: bwelch@swlaw.com
           alongstaff@swlaw.com

*Attorneys for Defendant Design to Print, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **ACUITY**, a Mutual Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>**DESIGN TO PRINT, INC.**,<br><br>Defendant. | **JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 4:23-cv-00102-DN<br><br>US District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Defendant Design to Print, Inc ("**Defendant**"), and Plaintiff Acuity ("**Plaintiff**") (collectively the "**Parties**"), hereby submit this *Joint Stipulated Motion to Dismiss with Prejudice*.

AS GROUNDS THEREFOR, the Parties assert as follows:

1. All claims which were or could have been asserted in this action have been compromised and settled.

2. Accordingly, the Parties desire an Order of the court dismissing this action with prejudice, with each party to bear its own attorney fees and costs.

3.  A proposed *Order of Dismissal with Prejudice* is filed concurrently herewith.

DATED July 2, 2024.

        SNELL & WILMER L.L.P.

        */s/ Ben T. Welch*
        Ben T. Welch
        Aline Marie H. Longstaff

        *Attorneys for Defendant*


        STRONG & HANNI

        */s/ James C. Thompson**
        James C. Thompson
        Andrew B. McDaniel
        Sidney R. Horrocks

        *Attorneys for Plaintiff*


        *\*Signed by filing attorney with email permission from JCT on 7/2/2024.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Utah by using the Court's CM/ECF system which effected service upon all counsel of record.

/s/ Mary Batchelor

4869-3942-3685